USRY vs. PHILLIPS.

68  815
94  724

Where the movant in a motion for new trial departs from the strict law, and enters into a consent order to file a brief of evidence within thirty days and to have the motion heard at a specified time in vacation, time is of the essence of the contract. To file a brief neither agreed upon nor approved is not a compliance with the order ; and upon the call of such motion for hearing, it will be dismissed on motion. 49 Rule of Court ; *Pease vs. Pease,* September Term, 1881.

SPEER, Justice.

[A verdict was rendered for the plaintiff, and defendant moved for a new trial. He took an order " that the de-

fendant be allowed thirty days to file a brief of evidence with the clerk of the court, and the same be heard at Warren superior court." A brief of evidence was filed within thirty days. When the motion for new trial was called for a hearing, on motion it was dismissed on this ground, and error was alleged thereon.]